FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __Bowie Lawson__   __#28875-016__
   (Name of Plaintiff)   (Inmate Number)

__United States Penitentiary-Lewisburg__
   (Address)

(2) _____
   (Name of Plaintiff)   (Inmate Number)

_____
   (Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.   __# 11844-016__

(1) __Darryl Carter: prisoner__
(2) __Mr. Marr: Counselor__
(3) __Lieutenant: Mr. Beachel__
   (Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

__3:16-CV-2088__
   (Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
OCT 17 2016
Per_____
DEPUTY CLERK

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS    (2 cases)

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   1) __Middle District of Florida    2:15-CV-00642-PRL__
      __dismissed 2016    Judge - Phillip R. Lammens__
   2) __Eastern District of California    1:15-CV-00576-EPG__
      __dismissed 2016    Judge - Erica P. Grosjean__

1

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ✓ No

C. If your answer to "B" is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: my Florida case was dismissed because I thought it had to be done only once in custody

III. **DEFENDANTS**

(1) Name of first defendant: Darryl Carter : prisoner
    Employed as _____ at Lewisburg - U.S.P.
    Mailing address: 2400 Robert F. Miller Drive
(2) Name of second defendant: Mr. Marr
    Employed as Counselor at Lewisburg - U.S.P.
    Mailing address: 2400 Robert F. Miller Drive
(3) Name of third defendant: Mr. Peachel
    Employed as Lieutenant at Lewisburg - U.S.P.
    Mailing address: 2400 Robert F. Miller Drive

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On July 27, 2016... cell #109 on D-Block, prisoner: Carter cut me on the back-side of my left-hand with an object that I thought to be a razor after an early-morning arguement.

2

2. Approximately one month earlier, after officer: Hackenberg came up to cell #106 & ordered me to pack my things to move-in with prisoner: Carter. I refused and told him that we weren't going get along. Moments later, Mr. Marr said, "we run this, we tell you what to do." I packed-up and move to cell #108 with Carter.

3. I wrote a written document to the lieutenant concerning a possible weapon of some kind in Carter's possession. And asked to have us pulled-out and the cell searched. It never was, not until the day of our incident.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. $15,000.00 in monetary damages awarded

    ~~[redacted]~~

    ~~[redacted]~~

2. ~~[redacted]~~

    Darryl Carter to be charged with use of a weapon
    (is this a legal argument?)

3. Also I'd like to be placed on single-cell status, only for my remaining stay at Lewisburg's prison. Therefore, I could complete this program without any in-cell

altercations with my cell-mates. Most having mental-health problems.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11th__ day of __October__, 20__16__.

_____
(Signature of Plaintiff) Ronnie J. Lawson
#28875-016



United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
PO Box 1148
Scranton, Pennsylvania 18501

Office of the Clerk

Inmate Name: Lonnie Taylor
Register Number: 28075-016
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

No FTC Enclosed

RECEIVED SCRANTON
OCT 17 2016
PER _____ DEPUTY CLERK

Legal Mail