## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNIE LAWSON, | : | Civil No. 3:16-cv-2088 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DARRYL CARTER, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW**, this ___14th___ day of November, 2016, **IT IS HEREBY ORDERED THAT:**

1. The motion to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is **GRANTED**.

2. The claim against Defendant Inmate Carter is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Clerk of Court is directed to **TERMINATE** Defendant Darryl Carter as a party to this action.

3. Plaintiff shall **FILE** an amended complaint on or before December 5, 2016.

4. The amended complaint shall contain the same case number that is presently assigned to this action, 3:16-cv-2088, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* Fed. R. Civ. P. 8(d).

5. Plaintiff is warned that failure to timely file an amended complaint will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge