# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONNIE LAWSON, | : | Civil No. 3:16-cv-2088 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | **FILED SCRANTON** |
| COUNSELOR MARR, *et al.*, | : | JUN - 2 2017 |
| Defendants | : | PER _____ DEPUTY CLERK |

## ORDER

**AND NOW**, this 2nd day of June, 2017, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 4, 13) to appoint counsel are **DENIED without prejudice**.

Robert D. Mariani
United States District Judge