## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONNIE LAWSON,          :     Civil No. 3:16-cv-2088

        Plaintiff        :     (Judge Mariani)

    v.                 :

COUNSELOR MARR, *et al.*,     :

        Defendants    :

### ORDER

**AND NOW**, this ⟨20th⟩ day of February, 2018, upon consideration of Defendants' motion (Doc. 20) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1.    The motion (Doc. 20) for summary judgment is **GRANTED**.

2.    The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Robert Marr, Dallas Beachel, Benjamin Missigman and Nathen Beaver, and against Plaintiff Ronnie Lawson.

3.    The Clerk of Court is further directed to **CLOSE** this action.

4.    Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge